UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
510-637-3530

May 8, 2020

CASE TITLE: Loomer v. Facebook, Inc.

CASE NUMBER:  20-cv-03154-DMR

RECEIVED FROM:  Southern District of Florida

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

Sincerely,

Susan Y. Soong, Clerk

_____

by:  Jacquelyn Lovrin
Case Systems Administrator
(510) 637-1873