DAVIS WRIGHT TREMAINE LLP

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

LAURA LOOMER,

        Plaintiff,

  v.

FACEBOOK, INC.,

        Defendant.

Case No. 4:20-cv-03154-HSG

[~~PROPOSED~~] **ORDER GRANTING MOTION TO MODIFY ORDER SETTING CASE MANAGEMENT CONFERENCE FOR REASSIGNED CIVIL CASE**

---

~~PROPOSED~~ ORDER GRANTING MOTION TO MODIFY ORDER SETTING CASE MANAGEMENT CONFERENCE FOR REASSIGNED CIVIL CASE:  Case No. 4:20-cv-03154-HSG

Upon review of Defendant Facebook, Inc.'s Motion to Modify Order Setting Case Management Conference for Reassigned Civil Case, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

The Initial Case Management Conference currently scheduled for August 25, 2020 is hereby rescheduled for July 7, 2020 at 2:00 p.m.

**IT IS SO ORDERED:**

Dated:   5/26/2020

By: *Haywood S. Gilliam, Jr.*

The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

DAVIS WRIGHT TREMAINE LLP

---

1

~~PROPOSED~~ ORDER GRANTING MOTION TO MODIFY ORDER SETTING CASE MANAGEMENT CONFERENCE FOR REASSIGNED CIVIL CASE: Case No. 4:20-cv-03154-HSG