Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Harold Davis )
                Plaintiff(s), )
v. )
Pinterest, Inc. )
                Defendant(s). )

Case No: 4:19-cv-07650-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

    I, David C. Deal, an active member in good standing of the bar of Western District of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Harold Davis in the above-entitled action. My local co-counsel in this case is Michael R. Reese, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Box 1042<br>Crozet, VA 22932 | 8484 Wilshire Boulevard, Suite 515<br>Los Angeles, CA 90211 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (434) 233-2727 | (212) 643-0500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| david@daviddeal.com | mreese@reesellp.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 86005.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/13/20

                                        David C. Deal
                                        APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of David C. Deal is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/3/2020

                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

## CERTIFICATE OF GOOD STANDING

I, __JULIA C. DUDLEY__, Clerk of this Court, certify that __DAVID CHRISTOPHER DEAL__, Bar # __86005__, was duly admitted to practice in this Court on __06/26/2014__, and is in good standing as a member of the Bar of this Court.

Dated at __Charlottesville, Virginia__ on __03/25/2020__
       (Location)                                    (Date)

JULIA C. DUDLEY
CLERK

*(signature)*
DEPUTY CLERK