Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LAURA LOOMER,                                   )
                                                )   Case No: 4:20-cv-03154-HSG
                          Plaintiff(s),         )
                                                )   **APPLICATION FOR**
          v.                                    )   **ADMISSION OF ATTORNEY**
FACEBOOK, INC.,                                 )   **PRO HAC VICE**; ORDER
                                                )   (CIVIL LOCAL RULE 11-3)
                                                )
                          Defendant(s).         )
_____   )

I, Ambika K. Doran , an active member in good standing of the bar of Supreme Court of WA , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Facebook, Inc. in the above-entitled action. My local co-counsel in this case is Thomas R. Burke , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Davis Wright Tremaine LLP, 920 Fifth Ave., Suite 3300, Seattle, WA 98104-1610 | Davis Wright Tremaine LLP, 505 Montgomery Street, Suite 800, San Francisco, CA 94111-6533 |
| MY TELEPHONE # OF RECORD: (206) 622-3150 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 276-6500 |
| MY EMAIL ADDRESS OF RECORD: ambikadoran@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: thomasburke@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 38237 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 05/22/20                                 Ambika K. Doran
                                          _____
                                                      APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ambika K. Doran is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/3/2020                         *Haywood S. Gill Jr.*
                                   _____
                                   UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 38237 |
| OF | ) | **CERTIFICATE** |
| AMBIKA KUMAR DORAN | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**AMBIKA KUMAR DORAN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 16, 2006, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 9th day of March, 2020.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court