UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER, | Case No. 20-cv-03154-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| FACEBOOK INC., | |
| Defendant. | |

The parties submitted a proposed schedule on June 30, 2020. *See* Dkt. No. 80. Having considered the parties' proposed schedule, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Plaintiff's Response to Defendant's Motion for Summary Judgment | August 4, 2020 |
| Defendant's Reply in support of its Motion for Summary Judgment | August 25, 2020 |
| Dispositive Motion Hearing Deadline | September 24, 2020, at 2:00pm |
| Pretrial Conference | January 12, 2021, at 3:00pm |
| Jury Trial | January 25, 2021, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 7/8/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge