IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER<br><br>          Plaintiff,<br>v.<br><br>FACEBOOK, INC..<br><br>          Defendant. | Case No.: 4:20-cv-3154<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

I, Laura Loomer hereby dismiss voluntarily dismiss this cause pursuant to FRCP 41(a) with prejudice as I do not believe that I would be accorded due process and an unbiased adjudication by the Court. Defendant consented to this voluntary dismissal with prejudice.

DATED:  August 13, 2020                              Respectfully submitted,

                                                                         /s Laura Loomer_____
                                                                         Laura Loomer[1]
                                                                         *Plaintiff Pro Se*

                                                                         Larry Klayman
                                                                         7050 W. Palmetto Park Rd
                                                                         Boca Raton, FL 33433

                                                                         *Of Counsel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of August 2020, a true copy of the foregoing was electronically transmitted by the Court's ECF system to all counsel and parties of record.

                                                                         __/s/ Laura Loomer_____
                                                                         Laura Loomer

---

[1] Palm Beach, FL. Street address not given for security purposes